David Panzer's July 14, 2011 Email Response to Mr. Hennessey's emails of July 12 and July 14, 2011.

>Dear Mr. Hennessey,
>
>Thank you for your email; I trust that it was sent merely as a matter of professional courtesy, and that your first communication to me was not a threat of sanctions, and I appreciate the courtesy.
>
>We did, however, review the Breakman decision, both before and after receiving your email.  We do not intend to withdraw the removal notice.  Obviously, you are free to move to remand, and we can litigate the merits of our clients' respective positions.
>
>Without limiting our opposition to any remand motion, there are several points worth mentioning:
>
>1.  The gravamen of our removal notice is federal question jurisdiction, which was not present or even discussed in the Breakman decision, nor discussed in your email below.
>
>2.  Breakman is a trial court decision and, thus, not controlling authority which we needed to disclose.  Indeed, the Breakman decision itself notes that no controlling DC Circuit authority existed on this issue at the time, and none exists today.
>
>3.  To the extent that Breakman narrowly construes a class action, it conflicts with CAFA's purpose and was wrongly decided, and the legislative history cited in our removal notices establishes that point.
>
>4.  However, we do not need to reach that issue because Kunu does not merely assert claims as a private attorney general but also on his own behalf, thus falling outside the exception discussed in Breakman.
>
>5.  Even if we were wrong (and we are not), we have more than an objectively reasonable view of the law and, therefore, there is no basis for you even to seek sanctions.  (Notably, no sanctions or attorneys' fees were awarded in Breakman, either.)
>
>Please call me if you would like to discuss these matters further.
>
>Best regards,
>David
>
>
>David S. Panzer
>Shareholder
>Greenberg Traurig LLP | 2101 L Street N.W. | Washington, D.C. 20037
>Tel 202.533.2324 | Fax 202.261.0117 | Cell 703.302.0039
>panzerd@gtlaw.com | www.gtlaw.com
>
>Sent from my iPad